[Crim. No. 434.   Third Appellate District.—June 26, 1918.]

THE PEOPLE, Respondent, v. JOE JACINTO, Appellant.

CRIMINAL LAW—ASSAULT WITH DEADLY WEAPON WITH INTENT TO MUR-
DER—VERDICT SUPPORTED BY EVIDENCE.—In this prosecution for an
assault with a deadly weapon with intent to commit murder, it is
held the evidence clearly shows the guilt of the accused, and the
record shows no errors in rulings on testimony or in the giving of
instructions.

APPEAL from a judgment of the Superior Court of Sacra-
mento County.   Malcolm C. Glenn, Judge.

The facts are stated in the opinion of the court.

George E. Foote, for Appellant.

U. S. Webb, Attorney-General, and J. Chas. Jones, Deputy
Attorney-General, for Respondent.

THE COURT.—This case was submitted on the record by
the attorney-general, no brief having been filed with or ap-
pearance otherwise made before this court to sustain the ap-
peal from the judgment of conviction taken by the defendant.

We have, however, examined the record and have found no
substantial ground for the appeal.

The offense of which the defendant was convicted was that
of an assault with a deadly weapon with intent to commit mur-
der.   The evidence discloses that the assault was committed
on the wife of the accused at their home in the town of Hood,
in Sacramento County, in the month of July, 1917, the motive
for the crime being that the wife—the victim of the assault—
had threatened and was about to leave the defendant because
of his alleged ill treatment of her and refused to heed his re-
peated demands that she remain with him.   The evidence
clearly shows the guilt of the accused.

We have found no errors in the rulings admitting and ex-
cluding evidence, while the charge of the court is in clear
language, pertinent to the issues and otherwise unobjec-
tionable.

The judgment is affirmed.